K. Tom Kohan, Esq.; SBN: 225420
**KOHAN LAW FIRM**
445 South Figueroa Street, 27th Floor
Los Angeles, California  90071
Tel: (310) 349-1111
Fax: (213) 612-7715
Email: tom@kohanlawfirm.com

**Attorneys for Plaintiff
CARIBBEAN BLUES, INC. dba
EKB TEXTILES**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARIBBEAN BLUES, INC., a California corporation, dba EKB TEXTILES<br><br>　　　　Plaintiff<br><br>　　v.<br><br>COLOR BANK TEXTILE, INC., a California corporation; FASHION VENECCIA CORPORATION, a California corporation; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CASE NO. CV 08-02644-SJO-VBKx<br><br>Judge: Hon. S. James Otero<br><br>**[PROPOSED] JUDGMENT** |

1

**(PROPOSED) JUDGMENT**

1  Pursuant to this Court's Order of February 11, 2009 (Docket Entry No. 22),
2  judgment is hereby entered for Plaintiff CARIBBEAN BLUES, INC., dba EKB
3  TEXTILES, and against COLOR BANK TEXTILE, INC., a California
4  corporation, and ANDY AN, an individual, jointly and severally, in the amount of
5  $9,000, plus $1,400 in attorney fees, for a total of $10,400.
6  IT IS SO ORDERED.

8  DATED:   _2/20/09_____          _____
                                            Hon. S. James Otero
9                                           U.S. District Judge